# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: ) | |
| ) | BK Case No. 22-00255-CW3-13 |
| Suzanna Christian Gilliland, ) | Chapter 13 |
| ) | Judge Walker |
| ) | |
| Debtor. ) | |

**DEADLINE FOR FILING A TIMELY RESPONSE IS: August 8, 2022**
**HEARING DATE WILL BE: August 24, 2022 at 8:30 am**
**THE HEARING TO BE HELD AT THE CUSTOMS HOUSE, Courtroom 1,**
**701 Broadway, Second Floor, Nashville, TN 37203**

---

## RESPONSE IN OPPOSITION TO MOTION TO DISALLOW CLAIM
---

U.S. Bank Trust National Association, as Trustee of the Cabana Series V Trust, serviced by SN Servicing Corporation ("Cabana"), by and through its undersigned counsel, submits this Response in Opposition to the Trustee's Motion to Disallow Secured Claim. In support of its Response, SN states as follows:

An Amended Proof of Claim ("APOC") has been filed with the Allonge endorsed in blank attached along with a Form 410A, the filed APOC addressing the substantive points in the Trustee's Motion.

Cabana respectfully requests that this Court deny the Trustee's Motion, and, for such other relief that the Court deems fair and appropriate.

    Respectfully submitted,

    */s/Edward D. Russell*
    Edward D. Russell, #26126
    The SR Law Group
    PO Box 128
    Mount Juliet, Tennessee 37121
    (615) 559-3190
    erussell@thesrlawgroup.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of August 2022, I have caused a copy of the foregoing Response in Opposition to Motion to Disallow Claim to be sent electronically through the Court's CM/ECF system to all parties consenting to such service and by U.S. Mail, postage pre-paid, to Suzanna Christian Gilliland, 1009 Saddlestone Dr., Hermitage, TN 37076; Coles & Holton, LLP, 764 Roycroft Place, Nashville, TN 37203.

          */s/Edward D. Russell*
          Edward D. Russell